**Michael ROBERTS, a.k.a. Kedrin Kizzee, Petitioner–Appellant,**

v.

**Randy L. TEWS, Warden,\* Respondent–Appellee.**

No. 14–55354.

United States Court of Appeals, Ninth Circuit.

Submitted April 7, 2015.\*\*

Filed April 15, 2015.

Michael Roberts, Adelanto, CA, pro se.

\* Pursuant to Federal Rule of Appellate Procedure 43(C)(2), Randy L. Tews is substituted for his predecessor, R. Phillip Guttierez as Warden.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument.

Jean–Claude Andre, Assistant U.S., Lisa Eve Feldman, Assistant U.S., Office Of The U.S. Attorney, Los Angeles, CA, for Respondent–Appellee.

Before: FISHER, TALLMAN, and NGUYEN, Circuit Judges.

MEMORANDUM \*\*\*

Federal prisoner Michael Roberts appeals pro se from the district court's denial of his 28 U.S.C. § 2241 habeas corpus petition challenging the computation of his custody credits. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Roberts contends that he is entitled to credit towards his federal sentence for the time he served between February 22, 2000, and January 7, 2003. This court reviews the district court's denial of a habeas corpus petition de novo. *See Schleining v. Thomas,* 642 F.3d 1242, 1246 (9th Cir. 2011). The district court correctly found that Roberts was serving time on a state sentence during the relevant time period, thereby precluding credit towards his federal sentence for the same period. *See* 18 U.S.C. § 3585(b); *United States v. Wilson,* 503 U.S. 329, 337, 112 S.Ct. 1351, 117 L.Ed.2d 593 (1992).

**AFFIRMED.**

*See* Fed. R.App. P. 34(a)(2). Accordingly, Roberts's request for oral argument is denied.

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.